HERMAN SIEFKE, Respondent, *v.* HENRY SIEFKE, as Executor of HENRY SIEFKE, Deceased, Appellant.

*Siefke* v. *Siefke*, 36 App. Div. 632, affirmed.
(Argued March 20, 1900; decided May 1, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

January 9, 1899, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Brainard Tolles* for appellant.

*William Allan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Not voting: VANN, J.